# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CONGHUA YAN
Plaintiff

V. MARK H TAYLOR, in his official capacity as Criminal District Office Investigator, TARRANT COUNTY, and in his private capacity, Defendant, and RICHARD B HARWELL, in his official capacity as Sergeant, TARRANT COUNTY, and in his private capacity, Co-Defendant. and DAVID F BENNETT, in his official capacity as Sheriff, Deputy, TARRANT COUNTY, and in his private capacity, Co-Defendant.

Defendant

4-23CV-288-P
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Conghua Yan

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

NONE

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Every employee in Tarrant County Sheriff's Office, including but not limited toRICHARD B HARWELL, and DAVID F BENNETT. Every employee in Tarrant County Criminal District Attorney's Office, including but not limited to MARK H TAYLOR. Tarrant County Sheriff's Office. Tarrant County Criminal District Attorney's Office.

|  |  |
|---|---|
| Date: | June 20, 2023 |
| Signature: | |
| Print Name: | Conghua Yan |
| Bar Number: | |
| Address: | 2140 E Southlake Blvd, Suite L-4 |
| City, State, Zip: | Southlake, Texas, 76092 |
| Telephone: | 214-228-1886 |
| Fax: | |
| E-Mail: | arnold200@gmail.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.