CERTIFICATE OF
SERVICE

I, Conghua Yan, hereby certify that on June 8th, 2023, I caused a FIRST AMENDED COMPLAINT WITH JURY DEMAND [ECF No. 26] to be served on all counsel on the record through the court CM/ECF system.

[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092] [214-228-1886] [arnold200@gmail.com]