U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 1 2 2023

CLERK, U.S. DISTRICT COURT
By_____
Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| CONGHUA YAN | § | |
| | § | |
| VS. | § | CIVIL NO. 4:23-CV-288-P |
| | § | |
| MARK A. TAYLOR, ET AL. | § | |

**FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED
STATES MAGISTRATE JUDGE AS TO PLAINTIFF'S EX PARTE MOTION FOR A
TEMPORARY RESTRAINING ORDER**

Pending before the Court is Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order

[doc. 33], filed June 9, 2023.  Having carefully reviewed, the motion, the Court finds, concludes

and recommends that the motion be **DENIED** because, *inter ali*, Plaintiff has failed to comply

with Federal Rule of Civil Procedure 65(b)(1) as required for the Court to issue a TRO without

written or oral notice.

**NOTICE OF RIGHT TO OBJECT TO PROPOSED
FINDINGS, CONCLUSIONS AND RECOMMENDATION
AND CONSEQUENCES OF FAILURE TO OBJECT**

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific

written objections in the United States District Court to the United States Magistrate Judge's

proposed findings, conclusions and recommendation within fourteen (14) days after the party has

been served with a copy of this document.  The United States District Judge need only make a

*de novo* determination of those portions of the United States Magistrate Judge's proposed findings,

conclusions and recommendation to which specific objection is timely made. *See* 28 U.S.C. §

636(b)(1).  Failure to file, by the date stated above, a specific written objection to a proposed factual

1

finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to file objections from ten to fourteen days).

## ORDER

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted until **June 26, 2023** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation.  It is further **ORDERED** that if objections are filed and the opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

SIGNED June 12, 2023.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE