IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CONGHUA YAN,<br><br>    Plaintiff,<br><br>v.<br><br>MARK H TAYLOR, in his official capacity<br>as Criminal District Office Investigator,<br>TARRANT COUNTY,<br>and in his private capacity,<br>    Defendant,<br>and<br>RICHARD B HARWELL, in his official capacity<br>as Sergeant, TARRANT COUNTY,<br>and in his private capacity,<br>    Co-Defendant.<br>and<br>DAVID F BENNETT, in his official capacity<br>as Sheriff, Deputy, TARRANT COUNTY,<br>and in his private capacity,<br>    Co-Defendant. | Case No. [4-23CV-288-P] |

## NOTICE OF CONSENT OF FINDINGS, CONCLUSIONS AND RECOMMENDATION

COMES NOW, the Plaintiff, Conghua Yan, and respectfully submit to this Honorable Court for a Notice of Consent of Findings, Conclusions and Recommendation. Having carefully reviewed, FRCP 65(b)(1), the Plaintiff consents that, the Findings, Conclusions and Recommendation of the United State Magistrate Judge, ECF No 40, is legally sound. The Plaintiff sincerely appreciates this Honorable Court for its diligent and timely ruling, exemplifying an unwavering commitment to upholding the law without any semblance of bias.

Respectfully submitted,

/s/ Conghua Yan

[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092] [214-228-1886]

[arnold200@gmail.com]