IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CONGHUA YAN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-CV-288-P |
| | § | |
| MARK H. TAYLOR, et al. | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE JUDGE MARK PITTMAN:

Pursuant to Rule 7.4, Local Rules of the District Courts for the Northern District of Texas, the undersigned counsel, on behalf of Defendants Mark Taylor, David Bennett and Richard Harwell, hereby certifies that the following are or may be interested persons in this action:

1. Conghua Yan;

2. Mark Taylor;

3. David Bennett;

4. Richard Harwell.

Respectfully submitted,

*/s/ M. Keith Ogle*
**M. KEITH OGLE**
State Bar No. 24037207
Assistant Criminal District Attorney

PHIL SORRELLS
CRIMINAL DISTRICT ATTORNEY
TARRANT COUNTY, TEXAS

1

Tarrant County Criminal District Attorney's Office
Tim Curry Criminal Justice Center
401 W. Belknap, 9th Floor
Fort Worth, Texas 76196
817-884-1233 - Telephone
817-884-1675 – Facsimile
E-Mail: mkogle@tarrantcountytx.gov

**ATTORNEY FOR DEFENDANTS**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true and correct copy of the above and foregoing document was served upon the following party in accordance with the provisions of Rule 5, FED. R. CIV. P., on June 22, 2023:

Conghua Yan
2140 E. Southlake Blvd., Suite L-439
Southlake, Texas  76092

*/s/ M. Keith Ogle*
**M. KEITH OGLE**