UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CONGHUA YAN,**

   Plaintiff,

v.    No. 4:23-cv-00288-P

**MARK A. TAYLOR, ET AL.,**

   Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Court's Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 70), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled civil action is **DISMISSED with prejudice**.

**SO ORDERED** on this **19th day** of **March 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE